JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VINCENT LOZANO,<br><br>                Petitioner,<br><br>                v.<br><br>ON HABEAS CORPUS,<br><br>                Respondent. | Case No. CV 17-8091-DOC (KK)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Summarily Dismissing Without Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: January 10, 2018

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
United States District Judge